**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50345 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00229-GAF |
| v. | |
| SERGIO RAMIREZ, a.k.a. Edgar Carlon, | MEMORANDUM[*] |
| Defendant - Appellant, | |

Appeal from the United States District Court
for the Central District of California
Gary A. Feess, District Judge, Presiding

Submitted April 17, 2012[**]

Before:     LEAVY, PAEZ, and BEA, Circuit Judges.

Sergio Ramirez appeals from his guilty-plea conviction and 148-month

sentence for conspiracy to possess with intent to distribute methamphetamine, in

violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A); possession with intent

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A); and maintaining a drug involved premises, in violation of 21 U.S.C. § 856(a)(1).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Ramirez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Ramirez with the opportunity to file a pro se supplemental brief.  Ramirez has filed a pro se supplemental brief.  No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**